UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             CASE NO. 07-60299-CR-DIMITROULEAS

       Plaintiff,

vs.

DWAYNE DEAN,

       Defendant,

## ORDER GRANTING CONTINUANCE

This matter having come before the Court on March 14, 2008 on Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing March 31, 2008 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **COUNSEL AND DEFENDANT** shall report to a Calendar Call to be held on **THURSDAY, March 27, 2008, at 9:00** A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___14___ day of March, 2008.

                                       WILLIAM P. DIMITROULEAS
                                       United States District Court Judge
                                       Southern District of Florida

cc:    Donald Chase, AUSA
        Chantel Doakes, AFPD